**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| MONIQUE DOWARD, | Case No. 24-cv-3970 (LMP/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING** |
| | **REPORT AND RECOMMENDATION** |
| CITY OF KETTLE RIVER, *et al.* | |
| Defendants. | |

---

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois, which recommends dismissing defendant JT's Towing Company because Plaintiff Monique Doward has not provided proof that she served that company with a summons or complaint or otherwise complied with the Court's March 24, 2025 Order. ECF No. 26. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.   The R&R (ECF No. 26) is **ADOPTED**; and

2.   JT's Towing Company is **DISMISSED** without prejudice.

Dated: May 16, 2025                               *s/Laura M. Provinzino*
                                                  Laura M. Provinzino
                                                  United States District Judge